# EXHIBIT B

COMMONWEALTH OF KENTUCKY
WEBSTER DISTRICT COURT
DIVISION ___
CIVIL ACTION NO. 11-M-00338

COMMONWEALTH OF KENTUCKY                                          PLAINTIFF

VS.

PRAVINKUM PATEL                                                  DEFENDANT

## ORDER VACATING AND DISMISSING

This matter having been brought by motion of the Defendant pursuant to CR 60.02(f),
with the County Attorney being present and neither opposing nor agreeing to the motion and
with the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that the
Judgment in the instant case is re-opened, that Defendant's prior guilty pleas to the charges of

1.      Trafficking a Synthetic Cannabinoid (KRS 218A.1426)
2.      Possession of a Synthetic Cannabinoid (KRS 218A.1427)
3.      Promoting Gambling, 2nd Degree (KRS 528.030)
4.      Possession of a Gambling Device (KRS 528.080)

are hereby VACATED, and the above charges and case are DISMISSED with prejudice, with
the Defendant stipulating to probable cause.

So ordered this the 29th day of August 2023.

_____
Judge, Webster District Court

Prepared by:

_____
NICHOLAS P. GOETZ
GORDON GOETZ JOHNSON CALDWELL, PSC
121 W. 2ND STREET
P. O. BOX 1539
OWENSBORO, KY 42302-1539
TEL: (270)684-5757
FAX: (270)684-5862
EMAIL: NGOETZ@GLOFIRM.COM

Have seen + agreed:

_____
Hom. William Clint Prow
Webster County Attorney

ENTERED
JANET COLE, CLERK

AUG 29 2023

WEBSTER CIRCUIT CLERK
BY: _____ D.C.

12

The Clerk of Court is directed to make a distribution as follows:

All counsel of record

and

Administrative Office of the Court, Kentucky State Police, Pre-Trial Services, Dept. of Library and Archives, Dixon Police Department, Webster County Sheriff Office, Webster County Detention Center, and Webster County Circuit Court Clerk